IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ANNIE HOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:10-cv-01587-JEO |
| | ) | |
| MORRISON MANAGEMENT SPECIALISTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION

The above-entitled action was brought by the plaintiff, Annie Howell (hereinafter "Plaintiff"), to recover damages and other relief against the defendant, Morrison Management Specialists, Inc. (hereinafter "Defendant"), premised on Plaintiff's allegations of discrimination based on her race, gender, and age, and for retaliation for reporting the same to the Equal Employment Opportunity Commission (hereinafter "EEOC").  It is before the court on the following motions:

(1) Defendant's Motion to Dismiss or for a More Definite Statement (Doc. 12);

(2) Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. 18);

(3) Defendant's Motion for a Status Conference (Doc. 19); and

(4) Plaintiff's second Motion for Leave to File a Third Amended Complaint (Doc. 20).

On April 8, 2011, the magistrate judge assigned this matter filed a "Report and Recommendation" finding that the plaintiff's Motions for Leave to file her proposed Second and Third Amended Complaints (docs. 18, 20), be DENIED.  The magistrate judge further

recommended that the plaintiff be ORDERED to replead her claims in a Third Amended Complaint consistent with the terms of the FEDERAL RULES OF CIVIL PROCEDURE as set out in his Recommendation; and that the defendant's Motion to Dismiss the plaintiff's operative Complaint, her Amended Complaint (docs. respectively, 12, 1), be **DENIED** to the extent that it seeks dismissal of the plaintiff's claims, and be **GRANTED** to the extent that it moves the court to Order the plaintiff to file a more definite statement, as set forth in the Report and Recommendation, pursuant to FED. R. CIV. P. 12(e).  Lastly, the magistrate judge recommended that the defendant's Motion for a Status Conference be **DENIED WITHOUT PREJUDICE** to its right to refile the same, if necessary, after the plaintiff files her Third Amended Complaint. No objections have been filed.

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved, with one exception: to the extent the Plaintiff desires to include in the Complaint historical background, she may do so, but only if clearly identified by heading or otherwise as "background facts."  Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  The court will enter an appropriate Order contemporaneously herewith.

**DONE**, this 16th day of May, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE