FILED
2013 Dec-13 AM 09:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANNIE HOWELL,** | } |
| Plaintiff, | } |
| v. | }   Case No.: 4:10-CV-1587-RDP |
| **MORRISON MANAGEMENT SPECIALISTS, INC.,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation (Doc. #51) on November 4, 2013, recommending that Defendant's Motion for Summary Judgment (Doc. #41) be granted and that this action be dismissed with prejudice. The parties were allowed therein fourteen days in which to file objections to the Magistrate Judge's Report and Recommendation. Plaintiff's objections to the Magistrate Judge's Report and Recommendation (Doc. #53) were filed on October 25, 2013. Defendant's response to Plaintiff's objections (Doc. #55) was filed on November 8, 2013.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, Petitioner's objections, and Defendant's response thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the Recommendation of the Magistrate Judge that Defendant's Motion for Summary Judgment be granted and that this action be dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered.

2

**DONE** and **ORDERED** this December 12, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE