FILED
2013 Dec-13  AM 09:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ANNIE HOWELL,** } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.:  4:10-CV-1587-RDP |
| } | |
| **MORRISON MANAGEMENT** } | |
| **SPECIALISTS, INC.,** } | |
| } | |
| Defendant. } | |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. #51) is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**.

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this December 12, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE